An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CLYDE H. MEANS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61621

**FILED**

APR 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an amended judgment of conviction.[1]  Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

On July 24, 2012, the district court entered an amended judgment of conviction to reflect presentence credits totaling 2072 days. Appellant filed a proper person notice of appeal from the amended judgment of conviction.  Having reviewed the record on appeal, we affirm

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted.  See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

13-10410

the amended judgment of conviction and conclude that the district court correctly concluded no further relief was warranted.[2] Accordingly, we

ORDER the judgment of the district court AFFIRMED.[3]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:   Hon. Kimberly A. Wanker, District Judge
Clyde H. Means
Nye County District Attorney
Attorney General/Carson City
Nye County Clerk

---

[2]We note that the State has not challenged the award of additional days of presentence credit.

[3]We have reviewed all documents that appellant has submitted in proper person to the clerk of this court in this matter, and we conclude that no relief based upon those submissions is warranted. To the extent that appellant has attempted to present claims or facts in those submissions which were not previously presented in the proceedings below, we have declined to consider them in the first instance.